**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Place on the Greene Homeowners Association, Inc., Petitioner,

v.

W.G.R.Q., LLC, Easy Coin Laundry, Inc., Eva Nell Berry, and Jeffrey O. Kenney, Respondents.

Appellate Case No. 2013-001980

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Richland County
Alison R. Lee Circuit Court Judge

---

Memorandum Opinion No. 2015-MO-064
Heard September 24, 2015 – Filed November 4, 2015

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

William M. Spillane and James B. Richardson, Jr., both of Columbia, for Petitioner.

Jamie M. Best, III, of Allen, Gantt & Best; John S. Nichols and Blake A. Hewitt, both of Bluestein, Nichols, Thompson & Delgado, LLC; and Brian L. Boger; all of Columbia, for Respondents.

---

**PER CURIAM:** We granted certiorari to review the court of appeals' decision in *Place on the Greene Homeowners Assn. v. W.G.R.Q.*, Op. No. 2013-UP-297 (S.C. Ct. App. filed July 3, 2013). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**